IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY JEROME HAIRSTON,

    Petitioner,                    No. 2: 10-cv-3056 JAM KJN P

    vs.

K. HARRINGTON,

    Respondent.                 ORDER

_____/

      Petitioner is a state prisoner proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's May 27, 2011 motion for law library access, and his June 6, 2011 motion for an extension of time to file a reply to respondent's answer.

      Petitioner alleges that he has been unable to go to the law library for the past few months. However, petitioner does not discuss why he has been unable to obtain law library access. For this reason, petitioner's motion for law library access is denied without prejudice. If petitioner is unable to obtain law library access to prepare his reply, he may renew his motion. A renewed motion for law library access must detail petitioner's attempts to obtain law library access.

////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for law library access (Dkt. No. 21) is denied without prejudice;

2. Petitioner's motion for an extension of time (Dkt. No. 22) is granted; petitioner's reply to respondent's answer is due within thirty days of the date of this order.

DATED: June 9, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

hai3056.eot