IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY JEROME HAIRSTON,

    Petitioner,              No.  2:10-cv-3056 JAM KJN P

    vs.

K. HARRINGTON,

    Respondent.          <u>ORDER</u>

_____/

    On June 24, 2011, petitioner filed a motion requesting that the court order prison officials to grant him law library access so that he may prepare his reply to respondent's answer. On July 11, 2011, petitioner filed a motion for an extension of time to file his reply. On July 14, 2011, petitioner filed his reply. Accordingly, petitioner's motion for law library access and motion for extension of time are denied as unnecessary.

    Accordingly, IT IS HEREBY ORDERED that petitioner's motion for law library access (Dkt. No. 24) and motion for extension of time (Dkt. No. 25) are denied as unnecessary.

DATED: July 19, 2011

                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE

hair3056.111(2)